IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**RICHARD J. GRIEGO,**

    **Plaintiff,**

**v.**                                                     **No. CV 12-0528 JB/LAM**

**GREGG MARCANTEL,**

    **Defendant.**

## ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court *sua sponte* to consider Plaintiff's failure to respond to the Court's order entered on June 14, 2012, which required Plaintiff to submit an initial partial payment of $6.26 toward the filing fee. [*Doc. 10*]. Failure to comply with the Court's order or statutory requirements, or to show cause for excusing the failure, constitutes grounds for dismissing a complaint. *See Baker v. Suthers*, No. 00-1332, 9 Fed. Appx. 947, 950, 2001 WL 617549 (10th Cir. 2001) (unpublished) ("[W]e cannot say the district court abused its discretion in dismissing [the inmate's] complaint without prejudice for failure to pay the initial partial filing fee or show a legitimate or acceptable cause for not paying."). Plaintiff will be required to show cause why this case should not be dismissed; failure to respond may result in dismissal of the complaint.

**IT IS THEREFORE ORDERED** that, **within fourteen (14) days from entry of this order**, Plaintiff make the $6.26 payment or otherwise respond showing cause why payment should be excused or why the case should not be dismissed.

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**